U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 9, 2021

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    United States v. Joseph Falu, 21 Cr. 44 (JPO), 12 Cr. 537 (JPO)

Dear Judge Oetken:

    A status conference in the above-captioned matters is currently scheduled for March 19, 2021 at 10:30 a.m. The parties jointly request an adjournment of the conference of approximately 30 days to allow the defense to continue to review discovery and to facilitate the discussion of a disposition.

    Should the Court grant the requested adjournment, the Government moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between March 19, 2021 and the date of the rescheduled conference. The Government submits that the exclusion of time would be in the interests of justice as it would allow the defendant to review discovery, and it would also enable the parties to discuss potential dispositions. In addition, the defendant consents to the exclusion of time.

> Granted. The March 19, 2021 status conference is adjourned to April 19, 2021 at 12:00 pm.
> The Court hereby excludes time through April 19, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> 3/11/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Emily A. Johnson / Jacob H. Gutwillig
Assistant United States Attorneys
(212) 637-2409 / 2215

_____
J. PAUL OETKEN
United States District Judge